IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

In the Matter of the Search of:

BLUE CHEVROLET PICKUP TRUCK       No. 23-MR-2237

WHITE SINGLE-WIDE TRAILER         No. 23-MR-2238

TELEPHONIC APPLICATION FOR SEARCH WARRANT
December 3, 2023

PARTIES ON TELEPHONE CALL:

   UNITED STATES MAGISTRATE B. PAUL BRIONES
   FBI SPECIAL AGENT LORRAINE RAINY HARDY

1   FBI SA HARDY:  Okay.

2   THE COURT:  This is Judge Paul Briones,
3   United States Magistrate Judge of the District of New
4   Mexico.  Today is December 3rd, 2023.  The time is 7:55
5   PM.  I am on the telephone with FBI Agent Lorraine
6   Hardy.
7       Agent Hardy, would you tell me the nature of
8   why -- or I guess it's a search warrant that you're
9   seeking, correct?

10   FBI SA HARDY:  Yes, correct, two search
11   warrants.

12   THE COURT:  Okay.  Well, let me do this:  I
13   need you to be recording this.  Are you already
14   recording this conversation?

15   FBI SA HARDY:  Yes.

16   THE COURT:  All right.  So raise your right
17   hand.

18   FBI SA HARDY:  Okay.

19   THE COURT:  Do you swear or affirm that the
20   statements that you are about to make orally are true
21   and correct, to the best of your knowledge?

22   FBI SA HARDY:  Yes.

23   THE COURT:  All right.  Agent Hardy, tell me
24   first your credentials to seek a federal search
25   warrant.

1   FBI SA HARDY:  Yes.  I'm a special agent
2   with the Federal Bureau of Investigation.  I work
3   primarily Indian Country crimes up in the northwestern
4   New Mexico area.
5       I have experience in all kinds of Indian
6   Country crimes, to include homicide, assault, child
7   sexual assault, and serious bodily injury as well as
8   interstate crimes involving analyzing cellular
9   telephones, etc.
10      THE COURT:  Okay.  So let me ask you this:
11  What crimes are you investigating this evening which
12  you are seeking a search warrant for?
13      FBI SA HARDY:  Yes.  This evening, 18 U.S.C.
14  113(a)(6), which is assault, uh, resulting in serious
15  bodily injury as well as 18 U.S.C. 2241(a)(1), which is
16  aggravated sexual abuse using force.
17      THE COURT:  All right.  And are these -- is
18  this a crime you're investigating within Indian
19  Country?
20      FBI SA HARDY:  That is correct.
21      THE COURT:  All right.  Which would be under
22  18 U.S.C. 1153?
23      FBI SA HARDY:  Correct.
24      THE COURT:  All right.  Well, tell me the
25  facts that you are -- have become known to you giving

1 reason for the search warrant.

2          FBI SA HARDY: Yes. Yesterday, Jane Doe
3 lives in Shiprock and was walking on Highway 491, which
4 is the major highway through Shiprock.

5          And the subject was, later identified through
6 law enforcement as Nathan Mescal, year of birth 1989,
7 pulled up in a late model blue Chevrolet pickup truck
8 bearing New Mexico license plate 442WYS and grabbed
9 Jane Doe and threw her in the truck.

10         Jane Doe tried to escape, and the subject
11 ultimately hit her in the head with the butt of a
12 pistol. The pistol was identified as a black
13 semiautomatic.

14         Jane Doe was thrown in the truck, and the
15 subject sped south down Highway 491 towards Sanostee.
16 Jane Doe tried to attempt to jump out of the pickup
17 truck. The subject would grab her and pull her back
18 in, yelling and threatening her. She still -- driving
19 at high speeds as well. She still attempted to jump
20 out of the truck, and he slammed her head into the
21 dashboard where Jane Doe became unconscious.

22         Jane Doe woke up sometime later, and the
23 subject was dragging her into a white single-wide
24 residence. The GPS coordinates to that residence were
25 identified as 36.4294730, negative 108.8619751.

1  When Jane Doe was drug into the residence,
2  right inside the front door on the living room floor,
3  the subject began to beat her up, hitting her with his
4  fist in the face and the head.  She fell to the floor,
5  and he ultimately started kicking her while on the
6  ground to her back and stomach.
7       He then forcibly removed all her clothing and
8  grabbed her and drug her into the bathroom where he
9  drug her by her hair of her head and then threw her in
10 the bathtub, breaking the floor of the bathtub.  And
11 then she was drug into the hallway where he continued
12 to rape her.
13      The subject was drinking alcohol, which was in
14 a silver bottle, a large silver bottle, and then
15 dumping it down Jane Doe's face, attempting to make her
16 drink but ultimately choking her.
17      The subject would get angry when Jane Doe would
18 fight back.  There were several times during the
19 evening, yesterday evening and night, where Jane
20 Doe was raped multiple times in the living room,
21 bedroom -- subject's bedroom, and the bathroom, and
22 also strangled multiple times by both of the subject's
23 hands around her throat, where she passed out multiple
24 times.
25      Jane Doe defecated and urinated on herself as

1   well as going in and out of consciousness and throwing
2   up on the living room floor.  Jane Doe was naked the
3   whole time, clear until this morning where the subject
4   gave her some of his sweat clothes, to include a black
5   sweatshirt and some black sweatpants.
6        The subject continued to rape Jane Doe
7   vaginally all morning.  He never left her side.  When
8   he did, she ultimately threw herself out the bedroom
9   window and ran to the neighbor's.
10        The neighbors -- there was a witness who
11  answered the door and let her in.  The subject was
12  chasing her with the firearm, and then ultimately ended
13  up pounding on the back door of the neighbor's house
14  where police was called.
15            THE COURT:  All right.  I find -- well, let
16  me ask you this:  I find probable cause to issue the
17  search warrant.  I assume of, what, the home that this
18  occurred in?
19            FBI SA HARDY:  Yes.
20            THE COURT:  And the vehicle that you
21  described as well?
22            FBI SA HARDY:  Yes.
23            THE COURT:  Okay.  And what is the exigent
24  circumstance requiring an oral warrant this evening?
25            FBI SA HARDY:  Yes, Your Honor.  The

1   residence where this occurred, the subject has two
2   other family members who also live there.  And there is
3   also -- I believe that the evidence that I described
4   earlier in the affidavit could be ultimately cleaned up
5   or destroyed if the home wasn't secured prior to the
6   search warrant.
7           And there just is not enough officers in the
8   area to keep the home secured for any length of time to
9   be able to obtain that warrant tomorrow.
10          THE COURT:  All right.  I find that the
11  individual that you -- has the perpetrator been
12  arrested?
13          FBI SA HARDY:  He has not.  He led officers
14  on a foot chase through the desert and ended up in an
15  arroyo.  And then it became dark so the officers called
16  the search off due to the danger of the subject having
17  a firearm and threatening them with it.  They will
18  continue to look for him tomorrow.
19          THE COURT:  Okay.  I find sufficient
20  probable cause to issue a warrant for the vehicle and a
21  warrant for the white single-wide trailer that you
22  described by GPS coordinates.
23          I am going to ask you to read the coordinates
24  again, particularly the second string of numbers,
25  please.

1    FBI SA HARDY:  Yes.
2    THE COURT:  All right.  Give me the GPS.
3    FBI SA HARDY:  GPS coordinate 36.4294730,
4 negative 108.8615751.
5    THE COURT:  All right.  Thank you.  And are
6 you at a place that if I can send you a signed search
7 warrant, you can print it?
8    FBI SA HARDY:  I am, yes.
9    THE COURT:  All right.  Well, I will do
10 that.  Can I send it to your normal email address?
11   FBI SA HARDY:  Yes.  That would be fine.
12   THE COURT:  All right.  I will do that.  I
13 need you to, after we're finished with this, make sure
14 this recording is -- a transcript is provided to me for
15 my review and your review as well to certify that the
16 statements contained are what we both agree were spoken
17 this evening.
18      I'll go ahead and allow you now to turn off the
19 tape recorder.
20   FBI SA HARDY:  Okay.
21      [End of call.]

```
 1              REPORTER'S CERTIFICATE
 2        I, Jenifer L. Russin, CCR #182, a Certified
 3   Court Reporter, do hereby certify that the proceedings
 4   of the above-entitled cause were transcribed by me
 5   stenographically, and that the within transcript is a
 6   true and accurate transcription of my shorthand notes.
 7        I FURTHER CERTIFY that I am neither an attorney
 8   nor counsel for, nor related to or employed by any of
 9   the parties to the action, and that I am not a relative
10   or employee of any attorney or counsel employed by the
11   parties hereto, or financially interested in the
12   action.
13
14
15            [signature]
16            Jenifer L. Russin, RDR, CRR
              Certified Court Reporter #182
17            License Expires:   12/31/2023
18
19
20
21
22
23
24
25
```